# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| TOMMY WAYNE HARRIS, JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:13-cv-00182-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| LEWIS SMITH, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2013 Order.

July 2, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court